Leila Nourani (SBN 163336)
Stephanie J. Tanada (SBN 257769)
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5408
Telephone:  (213) 689-0404
Facsimile:  (213) 689-0430
Leila.Nourani@jacksonlewis.com
Stephanie.Tanada@jacksonlewis.com

Attorneys for Defendant
EATON CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS GONZALEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EATON CORPORATION, an Ohio corporation; EZEQUIEL CARCOBA, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 5:20-cv-01498-JWH-SHK<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed: April 19, 2019<br>Removal: July 28, 2020<br>Final PTC: September 3, 2021<br>Trial Date: September 20, 2021 |

TO THIS HONORABLE COURT:

PLEASE TAKE NOTICE THAT Plaintiff JESUS GONZALEZ ("Plaintiff") and Defendant EATON CORPORATION have reached a settlement of the entire action. The parties hereby notify the Court that the parties are in the process of negotiating terms of the settlement agreement and anticipate that a Joint Stipulation of Dismissal with Prejudice will be filed within the next forty-five (45) days. The parties request that the Court defer ruling on Defendant's Motion to Continue Trial and separately filed Ex Parte Application to give the parties time to execute the release and file the dismissal.

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: June 3, 2021 | VALIANT LAW |
| 2 | | |
| 3 | | *[signature]* |
| 4 | | Kamran Shahabi<br>Eric Gilanians |
| 5 | | Attorneys for Plaintiff<br>JESUS GONZALEZ |
| 6 | | |
| 7 | | |
| 8 | Dated: | JACKSON LEWIS P.C. |
| 9 | | |
| 10 | | */s/ Stephanie J. Tanada*<br>Leila Nourani<br>Stephanie J. Tañada |
| 11 | | |
| 12 | | Attorneys for Defendant<br>EATON CORPORATION |